# Federal Defenders
## OF NEW YORK, INC.

16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Eastern District

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

August 15, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ 24 ★

BROOKLYN OFFICE

The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*The conference is Adjourned to 9-5-06 at 9:30. Time is excluded in the interest of justice.*

*So ordered*
s/John Gleeson USDJ
8/21/06

<u>United States v. Tulio Molina</u>, 06 CR 482

Your Honor:

    I write to request a one-week adjournment of the status conference, currently scheduled for August 23, 2006. I will be on vacation from August 21, 2006, through August 25, 2006, and will not be returning to the office until August 28, 2006. The parties are engaged in plea negotiations, and I have no objection to the exclusion of "speedy trial" time between August 23, 2006, and the adjournment date.

    Thank you for your attention to this matter.

Respectfully submitted,

Deborah Colson
Deborah Colson
(718) 330-1210

cc: AUSA Anthony Kiriakakis
    Clerk of the Court (ECF)

